ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
Armando Chavez-Chavez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 11-00285 EJD |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. ) | |
| ARMANDO CHAVEZ-CHAVEZ, ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing date of Monday, May 21, 2012 at 1:30 p.m. be continued until Monday, July 2, 2012 at 1:30 p.m. The reason for this continuance is that defense counsel has recently encountered a vehicle burglary in which the suspect took his calendar, briefcase and i-phone. This burglary caused defense counsel to have to rebuild and reconstruct various matters and consequently he has not had an opportunity to see his client or prepare objections to the presentence report. Defense counsel requires additional time to see his client and prepare objections to the presentence report. Karen Mar, Probation Officer has been notified of this request and has no objections to the continuance.

For the factual reason above, the parties agree that the sentencing hearing currently scheduled for May 21, 2012 be continued to July 2, 2012.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING - 1

Date: May 10, 2012

/s/Robert W. Lyons
Robert W. Lyons
Attorney for Armando Chavez-Chavez

Date: 

/s/Carolyne Sanin
Carolyne Sanin
Assistant United States Attorney

**IT IS SO ORDERED.**

Date: May 10, 2012

_____
Honorable Edward J. Davila
United States District Judge