ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
Armando Chavez-Chavez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 11-00285 EJD |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. ) | |
| ARMANDO CHAVEZ-CHAVEZ, ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing date of Monday, August 27, 2012 at 1:30 p.m. be continued until Monday, October 29, 2012 at 1:30 p.m. The reason for this continuance is that defense counsel is currently in an evidentiary hearing with Judge Jensen, which has had two sessions and is scheduled for a third session on August 27 at 1:00 p.m. It is estimated that the hearing will take all day. Defense counsel needs to have this hearing continued until Monday, October 29, 2012 as he will be on vacation for three weeks in Europe.

///

///

///

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** - 1

For the factual reason above, the parties agree that the sentencing hearing currently scheduled for August 27, 2012 be continued to October 29, 2012.

Date: August 23, 2012

                                                                   ___/s/Robert W. Lyons_____
                                                                          Robert W. Lyons
                                                              Attorney for Armando Chavez-Chavez

Date:                                                  /s/Carolyne Sanin_____
                                                               Carolyne Sanin
                                                              Assistant United States Attorney

**IT IS SO ORDERED.**

Date: ___8/24/2012___

                                                    Honorable Edward J. Davila
                                                    United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** - 3